**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00455-AP

JOE ESTRADA

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Kristina J. Vasold, Esq.
The Sawaya Law Firm
1600 Odgen Street
Denver, CO 80218
Telephone (303) 551-7701
E-mail: kvasold@sawayalaw.com

For Defendant:
JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Civil Chief, United States Attorney's Office
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.Pharo@usdoj.gov

M. THAYNE WARNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7237
thayne.warner@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.     **Date Complaint Was Filed:** February 22, 2012
      B.     **Date Complaint Was Served on U.S. Attorney's Office:** March 15, 2012
      C.     **Date Answer and Administrative Record Were Filed:** May 14, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

      Counsel for both parties agree to the following proposed briefing schedule:

      A.     **Plaintiff's Opening Brief Due:** July 2, 2012
      B.     **Defendant's Response Brief Due:** July 31, 2012
      C.     **Plaintiff's Reply Brief (If Any) Due:** August 15, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement:**  Plaintiff does not request oral argument.
      B.     **Defendant's Statement:**  Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 23rd_ day of May, 2012.

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kristina J. Vasold<br>The Sawaya Law Firm<br>1600 Odgen Street<br>Denver, CO 80218<br>Telephone (303) 551-7701<br>E-mail: kvasold@sawayalaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/M. Thayne Warner<br>    M. Thayne Warner<br>    Special Assistant United States Attorney<br>    1001 Seventeenth Street<br>    Denver, Colorado  80202<br>    Telephone: (303) 844-7237<br>    thayne.warner@ssa.gov<br>    Attorneys for Defendant. |